UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal No. 05-0386 (ESH)
)
ANTOINE JONES, et al., )
)
Defendant. )
)

## ORDER

Based on the status hearing held June 27, 2006, it is hereby **ORDERED** that:

1) for the reasons stated in open court, the government's unopposed Second Motion for Exclusion of Time Under the Speedy Trial Act is **GRANTED** pursuant to 18 U.S.C. §§ 3161(h)(7) & (8), and the Speedy Trial Act shall be tolled for a period of 180 days from April 24, 2006;

2) the government shall produce the following material by August 18, 2006: a) all material that must be disclosed under Fed. R. Crim. P. 16; b) a list of all exhibits it expects to use at trial, including all transcripts, video and audio clips; and c) final transcripts of all wire intercepts;

3) any objections by defendants to the above evidence must be made by September 8, 2006;

4) all motions must be filed by July 10, 2006 and any response is due by July 24, 2006. Only one omnibus motion per defendant shall be filed;

5) the parties shall file a joint *voir dire* by August 14, 2006.

6) the Court shall seat 18 jurors for the trial, including 6 alternates. During *voir dire* defendants shall have 15 peremptory strikes and the government shall have 9, with each side having 3 strikes for alternates.

7) an evidentiary hearing shall be held, if necessary, on August 14, 2006.

_____
ELLEN SEGAL HUVELLE
United States District Judge

June 27, 2006